FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLIS MARTIN, | |
|     Petitioner, | 3:08-cv-00600-RCJ-VPC |
| vs. | **ORDER** |
| BENDETTI, *et al.*, | |
|     Respondents. | |

This closed action is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On March 29, 2010, the Court entered an order denying the petition in its entirety. (ECF No. 25). Judgment was entered on March 30, 2010. (ECF No. 26).

Petitioner has filed a motion for summary judgment. (ECF No. 29). The motion is denied, as final judgment has been entered in this action. In addition, petitioner's prior motion for summary judgment was denied in the Court's order of March 20, 2010. (ECF No. 25).

**IT IS THEREFORE ORDERED** that petitioner's motion for summary judgment (ECF No. 29) is **DENIED**.

1  **IT IS FURTHER ORDERED** that petitioner shall file no further documents in this closed
2  action. Any further documents submitted by petitioner shall be returned, unfiled, to petitioner.
3  Dated: February 25, 2011

_____
UNITED STATES DISTRICT JUDGE

2